**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DERRICK CRAMER,** | : | |
| **Petitioner** | : | |
| | : | **No. 1:18-cv-00396** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **SUPERINTENDENT, SCI COAL** | : | |
| **TOWSNHIP,** <u>et al.</u>, | : | |
| **Respondents** | : | |

## <u>ORDER</u>

**AND NOW**, on this 12th day of March 2018, upon consideration of Derrick Cramer's motions to proceed <u>in forma pauperis</u> (Doc. Nos. 2, 4), and "Motion Under Rule 60(b)" (Doc. No. 1), **IT IS ORDERED THAT** Cramer's motions to proceed <u>in forma pauperis</u> (Doc. Nos. 2, 4), are **GRANTED** for the sole purpose of initiating the above-captioned action, and Cramer's "Motion Under Rule 60(b)" (Doc. No. 1), is **DENIED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

s/ Yvette Kane_____
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania