## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK CRAMER,** : | |
| Petitioner : | |
| : | No. 1:18-cv-00396 |
| v. : | |
| : | (Judge Kane) |
| **SUPERINTENDENT, SCI COAL** : | |
| **TOWSNHIP, et al.,** : | |
| Respondents : | |

## **ORDER**

**AND NOW**, on this 19th day of September 2018, upon consideration of Derrick Cramer's motion for reconsideration (Doc. No. 7), **IT IS ORDERED THAT** Cramer's motion (Doc. No. 7), is **DENIED**. The above-captioned action shall remain closed.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
